UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMMY SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 17-11837-PBS |
| MBTA, ) | |
| ) | |
| Defendant. ) | |

# **PROCEDURAL ORDER**

DEIN, U.S.M.J.

More than 60 days have elapsed since service was effected in this matter and no appearance has been entered by the defendants. The Federal Rules of Civil Procedure require an answer or other responsive pleading to be filed within 60 days after service of process.

Accordingly, plaintiff is directed to:

(1) Notify each defendant or defense counsel immediately that defendant is required to make an appearance or move for an extension of time to do so;
(2) File an application for entry of default unless a responsive pleading is filed within 14 days; or
(3) Advise the Court in writing of any good cause why these directions should not be carried out.

Unless appropriate action is taken within 14 days of the date of this Order, this case is subject to dismissal for lack of prosecution.

ROBERT M. FARRELL,
CLERK OF COURT


/ s / Jolyne D'Ambrosio
By:  Deputy Clerk

DATED:  April 11, 2018