UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| TIMMY SMITH, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| v. | ) | CIVIL ACTION | |
| | ) | NO. 17-11837-PBS | |
| MASSACHUSETTS BAY, | ) | | |
| TRANSPORTATION AUTHORITY. | ) | | |
| | ) | | |
| Defendant. | ) | | |

# **ORDER**

The defendant Massachusetts Bay Transportation Authority filed a Motion to Dismiss (Docket No. 25) on September 6, 2018, and the date for filing an opposition in accordance with the Federal Rules of Civil Procedure, September 25, 2018, has passed.  It is hereby ORDERED that the plaintiff's opposition, if any, shall be filed by **October 19, 2018** or the motion will be deemed unopposed

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED:  October 2, 2018